**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| ZORAN COSIC, ) | Case No. 1:12-CV-2686 |
| ) | |
| Plaintiff, ) | |
| ) | Judge Dan Aaron Polster |
| vs. ) | |
| ) | |
| HONEYWELL INT'L, INC., ) | <u>OPINION AND ORDER</u> |
| ) | |
| Defendant. ) | |

*Pro se* Plaintiff Zoran Cosic, a former employee at Defendant Honeywell International, Inc., filed a two-page handwritten complaint on October 26, 2012. Defendant in turn filed a motion to dismiss on December 14, 2012, because the complaint is "so vague or ambiguous that it fails to provide enough information to put the defendant on notice as to the claims against it...." (Doc. # 4 at 2). Plaintiff has not opposed the motion.

The Court agrees with Defendant and will dismiss the case without prejudice. If Plaintiff wishes to refile his case, the new complaint must identify the federal or state statute under which relief is sought as well as the grounds for the Court's jurisdiction, and he must allege he has exhausted his administrative remedies, which is a prerequisite to bringing an employment-discrimination lawsuit.

**IT IS SO ORDERED.**

                                                */s/ Dan A. Polster 2/13/13*
                                                **Dan Aaron Polster**
                                                **United States District Judge**